ORIGINAL

RECEIVED
06 MAY 19 PM 2:29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E-Filing

DAVID EISENBERG, Derivatively on Behalf of Nominal Defendant LINEAR
Plaintiff(s),

v.

PAUL COGHLAN, CLIVE B. DAVIES, ROBERT C. DOBKIN, DAVID S. LEE,
Defendant(s).

CASE NO. C-06-3290 MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Douglas M. Leavitt, an active member in good standing of the bar of Pennsylvania, whose business address and telephone number is Schiffrin & Barroway, LLP, 280 King of Prussia Road, Radnor, PA 19087; (610) 667-7706, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: MAY 2 2 2006

Honorable Maxine M. Chesney
United States District Judge