1  BORNSTEIN & BORNSTEIN
2  Jonathan Herschel Bornstein (SBN 163392)
   2590 Geary Boulevard
3  San Francisco, CA  94115-3318
   Telephone:     (415) 409-7611
4  Facsimile:     (415) 409-9345

5
   DANZIGER SHAPIRO & LEAVITT, PC
6  Douglas M. Leavitt
   2101 Pine Street, Third Floor
7  Philadelphia, PA  19103
8  Telephone:     (215) 545-4830
   Facsimile:     (215) 545-6710
9
10 SCHIFFRIN & BARROWAY, LLP
   Eric L. Zagar
11 280 King of Prussia Road
   Radnor, PA 19087
12 Telephone: (610) 667-7706
13 Facsimile: (610) 667-7056

14 Attorneys for Plaintiffs

                    UNITED STATES DISTRICT COURT
15
16                  NORTHERN DISTRICT OF CALIFORNIA

17                       - SAN FRANCISCO DIVISION -

18

19 DAVID  EISENBERG,  Derivatively  on  Behalf  of )   Case Number:  C-06-3290 MMC
20 Nominal   Defendant   LINEAR   TECHNOLOGY )
   CORPORATION,                                   )   STIPULATION      AND      ORDER
21                                                )   CONSOLIDATING      ACTIONS      AND
                     Plaintiffs,                  )   APPOINTING    LEAD   AND   LIAISON
22                                                )   COUNSEL FOR PLAINTIFFS.
23       v.                                       )
                                                  )
24 PAUL COGHLAN, CLIVE B. DAVIES, ROBERT )
25 C. DOBKIN, DAVID S. LEE, LOTHAR MAIER, )
   LEO  T.  MCCARTHY,  RICHARD  M.  MOLEY, )
26 ROBERT  H.  SWANSON,  JR.,  and  THOMAS  S. )
   VOLPE,                                         )
27                                                )
28                   Defendants,                  )
                                                  )
29       and                                      )

                                  -1-

1    )
     LINEAR TECHNOLOGY CORPORATION,          )
2                                            )
3              Nominal Defendant.            )
                                             )
4    ——————————————————————————————————)
5    LABERTA LYLE, Derivatively on Behalf of )   Case Number: C-06-3291 TEH
     Nominal Defendant LINEAR TECHNOLOGY )
6    CORPORATION,                            )
7                                            )
               Plaintiffs,                   )
8                                            )
9         v.                                 )
                                             )
10   PAUL COGHLAN, CLIVE B. DAVIES, ROBERT )
     C. DOBKIN, DAVID S. LEE, LOTHAR MAIER, )
11   LEO T. MCCARTHY, RICHARD M. MOLEY, )
     ROBERT H. SWANSON, JR., and THOMAS S. )
12   VOLPE,                                  )
13                                           )
               Defendants,                   )
14                                           )
15        and                                )
                                             )
16   LINEAR TECHNOLOGY CORPORATION,          )
17                                           )
               Nominal Defendant.            )
18   ——————————————————————————————————)

19

20        WHEREAS, both of the above-captioned actions are shareholder derivative actions brought

21   against members of the Board of Directors and certain executive officers of Linear Technology

22   Corporation ("Linear" or the "Company") purportedly on behalf of nominal defendant Linear; and

23        WHEREAS, both of the above-captioned actions involve common questions of law and fact

24

25   concerning the defendants' alleged breaches of fiduciary duties, statutory violations, and other

26   violations of law; and

27        WHEREAS, both of the above-captioned actions name the same or substantially similar

28   defendants, contain the same or substantially similar factual allegations, assert the same or substantially

29

-2-

1  similar causes of action, and seek the same or substantially similar relief; and

2  WHEREAS, the parties agree that the above-captioned actions should be consolidated; and

3  WHEREAS, defendants Paul Coghlan, Clive B. Davies, Robert C. Dobkin, David S. Lee, Lothar

4

5  Maier, Leo T. McCarthy, Richard M. Moley, Robert H. Swanson, Jr., and Thomas S. Volpe, and

6  nominal defendant Linear take no position regarding the appointment of Lead and Liaison Counsel for

7  Plaintiffs;

8

9  NOW, THEREFORE, it is hereby stipulated by and between plaintiffs David Eisenberg and

10  Laberta Lyle; defendants Paul Coghlan, Clive B. Davies, Robert C. Dobkin, David S. Lee, Lothar Maier,

11  Leo T. McCarthy, Richard M. Moley, Robert H. Swanson, Jr., and Thomas S. Volpe, and nominal

12  defendant Linear, as follows:

13  1.      The above-captioned actions and any other shareholder derivative action on behalf of

14  Linear filed in or transferred to this Court that involves questions of law or fact similar to those

15

16  contained in the above-captioned actions are consolidated for all purposes under the following caption

17  (the "Consolidated Action"):

18

19  _____
   IN RE LINEAR TECHNOLOGY          )        Case No. C-06-3290 MMC
20  CORPORATION DERIVATIVE           )
   LITIGATION                       )
21  _____)

22

23  2.      Each and every putative action filed in, or transferred to, this Court that involves

24  questions of law or fact similar to those contained in the Consolidated Action shall constitute a case

25  related to the Consolidated Action ("Related Action" or the "Related Actions").

26

27  3.      Each Related Action shall be governed by the terms of this Order and shall be

28  consolidated for all purposes with the Consolidated Action.

29

_____

4.      A party to any Related Action may move for relief from the terms of this Order only if such motion is filed with the Court and served upon Plaintiffs' Lead Counsel (as defined herein) and counsel for the defendants within thirty (30) days of the mailing of this Order to counsel for such party. A party to a Related Action shall be entitled to relief from the terms of this Order only if the party's motion demonstrates that the Related Action does not involve questions of law or fact similar to those contained in the Consolidated Action.

5.      All papers previously filed and served to date in any of the cases consolidated herein are deemed to be and are hereby adopted as part of the record in the Consolidated Action.

6.      Prosecution of the Consolidated Action and each Related Action on behalf of plaintiffs shall be managed and directed by Plaintiffs' Lead Counsel SCHIFFRIN & BARROWAY, LLP.  All specific assignments to perform tasks in the Consolidated Action shall be appointed by Plaintiffs' Lead Counsel in such a manner as to lead to the orderly and efficient prosecution of the Consolidated Action and each Related Action and to avoid duplicative or unproductive effort and unnecessary burdens on the parties.

7.      BORNSTEIN & BORNSTEIN shall serve as Plaintiffs' Liaison Counsel and is authorized to receive orders, notices, correspondence, and telephone calls from the Court on behalf of all plaintiffs and shall be responsible for the preparation and transmission of copies of such orders, notices, correspondence, and memoranda of such telephone calls to plaintiffs' counsel.

8.      Defendants are not required to respond to the complaint in any action consolidated into this action, other than the consolidated complaint or a complaint designated as the operative complaint by Lead Plaintiff's Counsel.

9.      Within thirty (30) days after filing the order designating the Lead Plaintiff, unless otherwise agreed upon by the parties or ordered by the Court, Lead Plaintiff's Counsel shall file a consolidated complaint or file a designation of a complaint as the operative complaint.   The

-4-

consolidated complaint or complaint designated as the operative complaint shall supersede all complaints filed in any of the actions consolidated therein.

10.     The time for all defendants to respond is extended until forty-five (45) days after the later of (a) the filing of the consolidated complaint; or (b) the filing designating a complaint as the operative complaint, following the appointment of a Lead Plaintiff and Lead Plaintiff's Counsel, unless otherwise agreed upon by the parties and approved by the Court.  If defendants file any motions directed at the complaint, the opposition brief shall be filed within thirty (30) days of that response, and the reply brief shall be filed thirty (30) days thereafter, unless otherwise agreed upon by the parties and approved by the Court.

11.     Other than those documents served pursuant to the court's Electronic Case Filing (ECF) Program (i.e. "E-filing"), the parties shall serve all non-ECF papers on each other by hand, by overnight delivery, or facsimile, unless otherwise agreed upon by the parties.  Notwithstanding the foregoing, defendants may serve plaintiffs' counsel, other than Lead Plaintiff's Counsel, by E-filing or first class mail, unless otherwise agreed upon by the parties.

**SO STIPULATED.**

Dated: May 31, 2006                    BORNSTEIN & BORNSTEIN


                                       _____*/JHB/*_____
                                       Jonathan Herschel Bornstein (SBN 163392)

                                       BORNSTEIN & BORNSTEIN
                                       2590 Geary Boulevard
                                       San Francisco, CA  94115-3318
                                       Telephone: (415) 409-7611
                                       Facsimile: (415) 409-9345

                                       *Attorneys for Plaintiffs David Eisenberg*
                                       *and Laberta Lyle*

-5-

1

DANZIGER SHAPIRO & LEAVITT, PC

2

3

_____/s/_____

4

Douglas M. Leavitt
150 S. Independence Mall West, Suite 1050

5

Sixth and Chestnut Streets
Philadelphia, PA 19106

6

Telephone: (215) 545-4830
Facsimile: (215) 545-6710

7

8

*Attorneys for Plaintiff David Eisenberg*

9

10

SCHIFFRIN & BARROWAY, LLP

11

12

_____/s/_____

13

Eric L. Zagar
280 King of Prussia Road
Radnor, PA 19087

14

Telephone: (610) 667-7706
Facsimile: (610) 667-7056

15

16

*Attorneys for Plaintiff Laberta Lyle*

17

18

Dated: May 31, 2006

19

WILSON SONSINI GOODRICH & ROSATI

20

21

22

_____/s/_____

23

Bahram Seyedin-Noor
650 Page Mill Road
Palo Alto, CA 94304

24

Telephone: (650) 565-3566
Facsimile: (650) 493-6811

25

26

*Attorneys for Defendants Paul Coghlan, Clive B. Davies,*

27

*Robert C. Dobkin, David S. Lee, Lothar Maier, Leo T.*
*McCarthy, Richard M. Moley, Robert H. Swanson, Jr., and*

28

*Thomas S. Volpe, and Nominal Defendant Linear*
*Technology Corporation*

29

-6-

1

**SO ORDERED.**

2

3

4

Dated: June 13, 2006

5

United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

Stipulation and [Proposed] Order Consolidating Actions and Appointing Lead and Liaison Counsel for Plaintiffs