UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

- SAN FRANCISCO DIVISION -

| | |
|---|---|
| In re LINEAR TECHNOLOGY CORPORATION SHAREHOLDER DERIVATIVE LITIGATION | Case No. C-06-3290-MMC<br><br>**ORDER AMENDING BRIEFING SCHEDULE** |

Having considered the parties' Joint Stipulation to Amend Briefing Schedule;

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT the briefing schedule shall be amended as follows:

Defendants' response to the Consolidated Amended Complaint shall be filed on September 27, 2006; and

Plaintiffs' Opposition to any motion filed by the Defendants shall be filed on October 27, 2006; and

Defendants' Reply shall be filed on November 27, 2006.

IT IS SO ORDERED.

DATED: August 10, 2006

_____
United States District Court Judge