**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LINEAR TECHNOLOGY CORPORATION SHAREHOLDER DERIVATIVE LITIGATION _____/ | No. C 06-3290 MMC<br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the parties stipulation filed August 8, 2006, and the Court's order approving said stipulation, by which the time for defendants to respond to the Consolidated Amended Complaint has been extended, with potential briefing concluding on November 27, 2006, the Case Management Conference presently scheduled for August 25, 2006 is hereby CONTINUED to February 16, 2007 at 10:30 a.m.  A Joint Case Management Statement shall be filed no later than February 9, 2007.

**IT IS SO ORDERED.**

Dated: August 23, 2006

_____
MAXINE M. CHESNEY
United States District Judge