DOUGLAS J. CLARK, State Bar No. 171499
NICOLE M. HEALY, State Bar No. 157417
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email: dclark@wsgr.com
Email: nhealy@wsgr.com

Attorneys for Defendants Robert H. Swanson, Jr., Lothar Maier, Paul Coghlan, Clive B. Davies, Robert C. Dobkin, David S. Lee, Leo T. McCarthy, Richard M. Moley, and Thomas Volpe; and Nominal Defendant Linear Technology Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

- SAN FRANCISCO DIVISION –

| | |
|---|---|
| In re LINEAR TECHNOLOGY CORP. SHAREHOLDER DERIVATIVE LITIGATION | Master File No. C-06-3290-MMC<br><br>**DERIVATIVE ACTION**<br><br>**JOINT STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE** |

    WHEREAS, this consolidated action has been filed as a shareholder derivative action, purporting to assert claims on behalf of Linear Technology Corporation against certain of its current and former directors and officers for breaches of fiduciary duty; and

    WHEREAS, on June 13, 2006, this Court entered an Order Relating Case C-06-3290 to C-06-3291; and

    WHEREAS, on June 13, 2006, this Court entered an Order Consolidating Actions and Appointing Lead and Liaison Counsel for Plaintiffs which Order also set out a briefing schedule, and

1   WHEREAS, the Order Consolidating Actions and Appointing Lead and Liaison Counsel
2 for Plaintiffs gave Defendants forty-five (45) days from the filing of the operative complaint to
3 file a response; gave Plaintiffs thirty (30) days to file an opposition; and gave Defendants thirty
4 (30) days to file a reply brief; and

5   WHEREAS, Plaintiffs filed their operative complaint on July 13, 2006; and

6   WHEREAS, Defendants are in need of additional time to respond to Plaintiffs'
7 complaint;

8   NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between
9 Plaintiffs David Eisenberg and Laberta Lyle; and Defendants Robert H. Swanson, Jr., Lothar
10 Maier, Paul Coghlan, Clive B. Davies, Robert C. Dobkin, David S. Lee, Leo T. McCarthy,
11 Richard M. Moley, and Thomas Volpe; and Nominal Defendant Linear Technology Corporation
12 (collectively, "the parties"), by and through their counsel of record, as follows:

13   The briefing schedule shall be amended and Defendants shall have an additional seven
14 (7) days to file their response to the Consolidated Amended Complaint.

15   IT IS FURTHER STIPULATED AND AGREED THAT Defendants' response to the
16 Consolidated Amended Complaint shall be filed on October 4, 2006; and that

17   Plaintiffs' Opposition to any motion filed by the Defendants shall be filed on November
18 3, 2006; and that

19   Defendants' Reply shall be filed on December 4, 2006;

20   For the foregoing reasons, the parties respectfully request that the Court enter the Order
21 lodged simultaneously herewith.

**SO STIPULATED.**

Dated: September 26, 2006        WILSON SONSINI GOODRICH & ROSATI
                                 Professional Corporation


                                 By:   s/ Nicole M. Healy
                                       Nicole M. Healy

                                 650 Page Mill Road
                                 Palo Alto, CA 94304
                                 Telephone: (650) 849-3443
                                 Facsimile: (650) 493-6811

                                 *Attorneys for Defendants Robert H. Swanson, Jr., Lothar Maier, Paul Coghlan, Clive B. Davies, Robert C. Dobkin, David S. Lee, Leo T. McCarthy, Richard M. Moley, and Thomas Volpe; and Nominal Defendant Linear Technology Corporation*

Dated: September 26, 2006        SCHIFFRIN & BARROWAY LLP
                                 Limited Liability Partnership


                                 By:   s/ Eric L. Zagar
                                       Eric L. Zagar

                                 280 King of Prussia Road
                                 Radnor, PA 19087
                                 Telephone: (610) 667-7706
                                 Fax: (610) 667-7056


                                 *Lead Attorneys for Plaintiffs*

IT IS SO ORDERED.

DATED: September 27, 2006


                                 _____
                                 United States District Court Judge