BORNSTEIN & BORNSTEIN
Jonathan Herschel Bornstein (SBN 163392)
507 Polk Street, Suite 320
San Francisco, CA 94102-3339
Telephone: (415) 409-7611
Facsimile: (415) 409-9345

Liaison Counsel for Plaintiffs

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
Eric L. Zagar
Trevan Borum
Tara P. Kao
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re LINEAR TECHNOLOGY CORPORATION SHAREHOLDER DERIVATIVE LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. C-06-3290-MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO SUSPEND PROCEEDINGS IN FAVOR OF COORDINATION WITH LITIGATION IN PARALLEL STATE ACTION** |

C:\NrPortbl\PALIB1\MSTI\3050042_2.DOC

1    WHEREAS, on May 18, 2006, Plaintiffs Laberta Lyle and David Eisenberg (the
2 "Federal Plaintiffs") filed two separate shareholder derivative actions (the "Lyle Action" and the
3 "Eisenberg Action," respectively), asserting claims on behalf of Linear Technology Corporation
4 ("Linear" or the "Company") against certain of its current and former directors and officers for
5 alleged breaches of fiduciary duty as well as claims under the Securities Exchange Act of 1934;
6    WHEREAS, on June 7, 2006, plaintiff Margaret Mazza filed a substantially similar
7 shareholder derivative action in the Superior Court of the State of California, Santa Clara
8 County (the "Mazza Action"), asserting claims on behalf of Linear against certain of its current
9 and former directors and officers for alleged breaches of fiduciary duty and other state law
10 claims;
11    WHEREAS, on June 13, 2006, this Court consolidated the Lyle Action and the
12 Eisenberg Action (collectively, the "Action");
13    WHEREAS, on June 14, 2006, plaintiff Richard Schwartz filed a substantially similar
14 shareholder derivative action in the Superior Court of the State of California, Santa Clara
15 County (the "Schwartz Action"), asserting claims on behalf of Linear against certain of its
16 current and former directors and officers for alleged breaches of fiduciary duty and other state
17 law claims;
18    WHEREAS, on July 10, 2006, the Superior Court of the State of California, Santa Clara
19 County consolidated the Mazza Action and the Schwartz action (the "First State Actions");
20    WHEREAS, on July 13, 2006, the Federal Plaintiffs filed a Consolidated Complaint;
21    WHEREAS, on July 18, 2006, plaintiff Louisiana Municipal Police Employees'
22 Retirement System filed a substantially similar shareholder derivative action in the Superior
23 Court of the State of California, Santa Clara County (the "Louisiana Action"), asserting claims
24 on behalf of Linear against certain of its current and former directors and officers for alleged
25 breaches of fiduciary duty and other state law claims;
26    WHEREAS, on August 9-10, 2006, Louisiana filed a Consolidated Complaint, and the
27 Superior Court of the State of California, Santa Clara County consolidated the Louisiana Action
28

1  with the First State Action (collectively, the "State Action") and appointed Louisiana and its
2  counsel as Lead Plaintiff and Lead Counsel, respectively;
3      WHEREAS, on October 2, 2006, Nominal Defendant Linear filed a Motion to Stay the
4  Proceedings in the State Action in favor of the instant Action and the Individual Defendants
5  filed a Demurrer to the State Action;
6      WHEREAS, on October 4, 2006, Nominal Defendant Linear and the Individual
7  Defendants filed Motions to Dismiss the Federal Plaintiffs' Consolidated Complaint;
8      WHEREAS, on November 3, 2006, Plaintiffs in the Federal Action filed a Brief in
9  Opposition to both Nominal Defendant Linear's and the Individual Defendants' Motions to
10 Dismiss the Federal Plaintiffs' Consolidated Complaint;
11     WHEREAS, on December 7, 2006, this Court granted Linear's Motion to Dismiss the
12 Consolidated Complaint with leave to amend and denied the Individual Defendants' Motion to
13 Dismiss the Consolidated Complaint as moot;
14     WHEREAS, on January 5, 2007, the Federal Plaintiffs filed an Amended Consolidated
15 Complaint;
16     WHEREAS, all parties to the instant Action wish to avoid unnecessary and duplicative
17 proceedings in more than one jurisdiction;
18     NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the
19 counsel for the respective parties hereto, that the instant Action be suspended pending the
20 resolution of the parallel State Action pending in the Superior Court of the State of California,
21 Santa Clara County.  Upon 30 days' notice, any party to this Action may seek a Court Order to
22 lift or otherwise modify the suspension imposed by this Stipulation and Order; and
23     IT IS FURTHER STIPULATED AND AGREED THAT all conferences and hearings in
24 the instant Action be suspended and taken off the calendar of the Court.
25     For the foregoing reasons, the parties respectfully request that the Court enter the Order
26 lodged simultaneously herewith.
27
28

JOINT STIPULATION TO STAY PROCEEDINGS IN             - 3 -
FAVOR OF COORDINATION WITH LITIGATION IN
PARALLEL STATE ACTION
Case No. C-06-3290-MMC

| | | |
|---|---|---|
| 1 | DATED:  February 14, 2007 | BORNSTEIN & BORNSTEIN |
| 2 | | |
| 3 | | _____/s Jonathan Herschel Bornstein_____<br>Jonathan Herschel Bornstein |
| 4 | | |
| 5 | | Jonathan Herschel Bornstein (SBN 163392)<br>507 Polk Street, Suite 320<br>San Francisco, CA 94102-3339 |
| 6 | | Telephone: (415) 409-7611<br>Facsimile: (415) 409-9345 |
| 7 | | |
| 8 | | *Liaison Counsel for Lead Plaintiffs* |
| 9 | | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP<br>Eric L. Zagar |
| 10 | | Trevan Borum<br>Tara P. Kao |
| 11 | | 280 King of Prussia Road |
| 12 | | Radnor, PA 19087<br>Telephone: (610) 667-7706 |
| 13 | | Facsimile: (610) 667-7056 |
| 14 | | *Lead Counsel for Plaintiffs* |
| 15 | | |
| 16 | DATED: February 14, 2007 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 17 | | |
| 18 | | _____/s Nicole M. Healy_____<br>Nicole M. Healy |
| 19 | | |
| 20 | | Douglas J. Clark, State Bar No. 171499<br>Nicole M. Healy, State Bar. No. 157417<br>Dominique-Chantale Alepin, State Bar No. 241648 |
| 21 | | 650 Page Mill Road<br>Palo Alto, CA 94304 |
| 22 | | Telephone: (650) 565-3566<br>Facsimile: (650) 493-6811 |
| 23 | | |
| 24 | | *Attorneys for Defendants Paul Coghlan, Clive B. Davies,* |
| 25 | | *Robert C. Dobkin, David S. Lee, Lothar Maier, Leo T.*<br>*McCarthy, Richard M. Moley, Robert H. Swanson, Jr., and* |
| 26 | | *Thomas S. Volpe, and Nominal Defendant Linear Technology*<br>*Corporation* |
| 27 | | |
| 28 | | |

JOINT STIPULATION TO STAY PROCEEDINGS IN      - 4 -
FAVOR OF COORDINATION WITH LITIGATION IN
PARALLEL STATE ACTION
Case No. C-06-3290-MMC

## [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED.

Further, the parties shall file a Joint Status Statement on August 14, 2007, and every six months thereafter, to inform the Court as to the status of the State Action.

DATED: __February 14__, 2007            _____
                                        The Hon. Maxine M. Chesney
                                        United States District Court Judge