IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LINEAR TECHNOLOGY CORPORATION DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS<br>_____/ | No. C-06-3290 MMC<br><br>**ORDER CONDITIONALLY CLOSING CASE FOR STATISTICAL PURPOSES** |

By order filed February 14, 2007, the Court approved the parties' stipulation to stay the instant action in favor of a consolidated proceeding pending in the Superior Court of the State of California, Santa Clara County, and ordered the parties to file a status report every six months to advise the Court of the status of the California state court action.

The Court is in receipt of the parties' joint status report, filed February 14, 2008, in which the parties report that the California state court action has been stayed in favor of an action pending in a Delaware state court, and that no trial date has been set in the California state court action.

Accordingly, the instant action having been stayed for a year, and it appearing that the California state court action is unlikely to be resolved in the near future, the instant action is hereby CLOSED for statistical purposes only.

//

Nothing contained in this order shall be considered a dismissal or disposition of the action, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: February 19, 2008

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge