IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LINEAR TECHNOLOGY CORPORATION DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS<br>_____ / | No. C-06-3290 MMC<br><br>**ORDER VACATING ORDER CONDITIONALLY CLOSING CASE FOR STATISTICAL PURPOSES; DIRECTIONS TO CLERK; DIRECTIONS TO PARTIES** |

By order filed February 19, 2008, the Court directed the Clerk of the Clerk to statistically close the instant matter. Upon further consideration, the Court has determined the case should be reopened. Accordingly, the February 19, 2008 order is hereby VACATED, and the Clerk is DIRECTED to reopen the case. The Clerk is further DIRECTED to statistically identify the instant matter as being stayed pending the outcome of a related case in state court.

The parties are DIRECTED to continue to file status reports every six months, as set forth in the Court's February 14, 2007 order.

**IT IS SO ORDERED.**

Dated: February 29, 2008

MAXINE M. CHESNEY
United States District Judge