| | |
|---|---|
| 1 | SONYA D. WINNER, SBN 200348 |
| 2 | TAMMY ALBARRAN, SBN 215605<br>(talbarran@cov.com) |
| 3 | JASON M. ZOLADZ, SBN 237921<br>LISA M. BRESS, SBN 238773 |
| 4 | COVINGTON & BURLING LLP<br>One Front Street |
| 5 | San Francisco, California  94111<br>Telephone:     (415) 591-6000 |
| 6 | Facsimile:     (415) 591-6091 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LINEAR TECHNOLOGY CORPORATION DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Civil Case No.: C-06-3290 MMC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND** ~~**PROPOSED**~~ **ORDER** |

PLEASE TAKE NOTICE that, as of March 24, 2008, the law firm of Covington & Burling LLP is hereby substituted for Wilson Sonsini Goodrich & Rosati as attorneys of record in this action for Defendants Paul Coghlan, Clive B. Davies, Robert C. Dobkin, David S. Lee, Lothar Maier, Richard M. Moley, Robert H. Swanson, Jr., and Thomas S. Volpe.  Covington & Burling's address is:

>   COVINGTON & BURLING LLP
>   One Front Street
>   San Francisco, California  94111
>   Telephone:     (415) 591-6000
>   Facsimile:     (415) 591-6091

1  This substitution is consented to and approved by:

2  DATED: 3/19/08                        Paul Coghlan
3

4
                                         /s/ Paul Coghlan
5                                        _____

6

7  DATED: 3/19/08                        Clive B. Davies

8

9                                        /s/ Clive B. Davis
                                         _____
10
   DATED: 3/19/08                        Robert C. Dobkin
11

12
                                         /s/ Robert C. Dobkin
13                                       _____

14  DATED: 3/19/08                       David S. Lee

15

16                                       /s/ David S. Lee
                                         _____
17
   DATED: 3/19/08                        Lothar Maier
18

19
                                         /s/ Lothar Maier
20                                       _____

21 DATED: 3/19/08                        Richard M. Moley

22

23                                       /s/ Richard M. Moley
                                         _____
24
   DATED: 3/19/08                        Robert H. Swanson, Jr.
25

26
                                         /s/ Robert H. Swanson, Jr.
27                                       _____

28

NOTICE OF SUBSTITUTION OF COUNSEL AND            2
PROPOSED ORDER
Civil Case No.:  C-06-3290 MMC

| | |
|---|---|
| DATED: 3/19/08 | Thomas S. Volpe |
| | /s/ Thomas S. Volpe |
| DATED: 4/1/08 | WILSON SONSINI GOODRICH & ROSATI |
| | By: /s/ Nicole M. Healy<br>Nicole M. Healy |

We accept this substitution.

| | |
|---|---|
| DATED: 4/3/08 | COVINGTON & BURLING LLP |
| | By: /s/ Tammy Albarrán<br>Tammy Albarrán |

Attorneys for Defendants Paul Coghlan, Clive B. Davies, Robert C. Dobkin, David S. Lee, Lothar Maier, Richard M. Moley, Robert H. Swanson, Jr., and Thomas S. Volpe

**IT IS SO ORDERED.**

Dated:   April 10, 2008

_____
Maxine M. Chesney
United States District Judge