DOUGLAS J. CLARK, State Bar No. 171499
NICOLE M. HEALY, State Bar. No. 157417
DOMINIQUE-CHANTALE ALEPIN, State Bar No. 241648
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dclark@wsgr.com
Email: nhealy@wsgr.com
Email: dalepin@wsgr.com

Attorneys for Nominal Defendant
Linear Technology Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LINEAR TECHNOLOGY CORPORATION SHAREHOLDER DERIVATIVE LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No.: 06-3290-MMC<br><br>**(Shareholder Derivative Action)**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF CONSOLIDATED SHAREHOLDER DERIVATIVE ACTION WITH PREJUDICE**<br><br>AND ORDER THEREON |

WHEREAS, on May 18, 2006, two shareholder derivative actions were filed in the United States District Court for the Northern District of California, which actions were consolidated under the caption *In re Linear Technology Corporation Shareholder Derivative Litigation*, Case No. C-06-3290-MMC (N.D. Cal.), asserting claims against Linear as a nominal defendant and against certain of its current and former officers and directors for allegedly breaching their fiduciary duties by purportedly backdating stock option grants in violation of Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 10b-5 thereunder;

1  WHEREAS, on March 23, 2007, Linear shareholder Frederick Weiss filed a Shareholder Derivative Complaint in the Court of Chancery of the State of Delaware, captioned *Weiss v. Swanson*, *et al.*, CA 2828-VCL (the "Delaware Action"), challenging Linear's stock option granting practices, and asserting claims against certain of Linear's current and former directors and officers for breach of fiduciary duty, unjust enrichment, and waste in connection with certain stock option grants which were alleged to have been spring-loaded or bullet-dodged; and

WHEREAS, on February 14, 2007, this Court stayed this action;

WHEREAS, on January 31, 2011, the parties to the Delaware Action filed a Stipulation of Settlement and Compromise with the Chancery Court of the State of Delaware which provided for the settlement of all claims. Without admitting any wrongdoing, the individual defendants agreed to the settlement under which Linear will receive $4 million from the individual defendants' insurer, and two of the individual defendants repriced certain stock options, for an aggregate $500,000 increase in the exercise price payable upon exercise by these individuals. Linear also implemented or agreed to implement certain corporate governance enhancements;

WHEREAS, on April 28, 2011, the Chancery Court of the State of Delaware issued a final order and judgment approving the settlement of the Delaware Action; and

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among counsel for the respective parties hereto, that the instant action shall be voluntarily dismissed with prejudice; and

IT IS FURTHER STIPULATED AND AGREED THAT each of the parties is to bear its own attorneys' fees and costs.

**SO STIPULATED.**

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: June 2, 2011 | WILSON SONSINI GOODRICH & ROSATI |
| 3 | | Professional Corporation |

        /s/ Dominique-Chantale Alepin
Douglas J. Clark, State Bar No. 171499
Nicole M. Healy, State Bar. No. 157417
Dominique-Chantale Alepin, State Bar No. 241648
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 565-3566
Facsimile: (650) 493-6811

*Attorneys for Nominal Defendant Linear Technology Corporation*

DATED: June 2, 2011        COVINGTON & BURLING LLP

        /s/ Tammy Albarrán
Robert P. Haney, Admitted *Pro Hac Vice*
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000

Tammy Albarrán, State Bar No. 215605
One Front Street
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

*Attorneys for Robert H. Swanson, Jr., Lothar Maier, David S. Lee, Richard M. Moley, Hanz J. Zapf, Leo T. McCarthy, Thomas S. Volpe, David B. Bell, Paul V. Chantalat, Paul Coghlan, Timothy D. Cox, Clive B. Davies, Robert Dobkin, William H. Gross, Richard Nickson, David A. Quarles and Robert Reay*

STIP & [PROPOSED] ORDER OF VOLUNTARY
DISMISSAL                                            -3-
CASE NO. C-06-3290-MMC

DATED: June 2, 2011                KESSLER TOPAZ MELTZER & CHECK, LLP

                                                   /s/ Eric L. Zagar
Eric L. Zagar, State Bar No. 250519
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile:  (610) 667-7056

*Lead Counsel for Plaintiffs*


### ~~[PROPOSED]~~ ORDER

Based on the foregoing stipulation of counsel, for the respective parties hereto, and good cause appearing, IT IS SO ORDERED.

Dated: June 3, 2011

*/s/ Maxine M. Chesney*
HONORABLE MAXINE CHESNEY
UNITED DISTRICT COURT JUDGE